IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Endurance American Insurance Company         *

    **Plaintiff,**

                *

    **v.**               Case No. 1:22-cv-02481-RDB

Under Armour, Inc.        *

    **Defendant.**        *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
                     (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with **Under Armour, Inc.** :
                         (name of party)

**See Exhibit A**
             (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

1/5/2023

Date

/s/ Michael T. Sharkey

Signature

Michael T. Sharkey

Printed name and bar number

700 13th Street, NW, Washington, DC 20005

Address

msharkey@perkinscoie.com

Email address

202-654-6200

Telephone number

202-654-9953

Fax number

# Under Armour, Inc.
## Domestic & International Subsidiaries

**Domestic Subsidiaries**

| Entity |
|---|
| Under Armour Holdings, Inc. |
| Under Armour International Holdings, Inc. |
| Under Armour Retail, Inc. |
| 1. Under Armour Retail of Alabama, LLC |
| 2. Under Armour Retail of Arizona, LLC |
| 3. Under Armour Retail of California, LLC |
| 4. Under Armour Retail of Colorado, LLC |
| 5. Under Armour Retail of Connecticut, LLC |
| 6. Under Armour Retail of DC, LLC |
| 7. Under Armour Retail of Delaware, LLC |
| 8. Under Armour Retail of Florida, LLC |
| 9. Under Armour Retail of Georgia, LLC |
| 10. Under Armour Retail of Idaho, LLC |
| 11. Under Armour Retail of Illinois, LLC |
| 12. Under Armour Retail of Indiana, LLC |
| 13. Under Armour Retail of Iowa, LLC |
| 14. Under Armour Retail of Kansas, LLC |
| 15. Under Armour Retail of Kentucky, LLC |
| 16. Under Armour Retail of Louisiana, LLC |
| 17. Under Armour Retail of Maine, LLC |
| 18. Under Armour Retail of Maryland, LLC |
| 19. Under Armour Retail of Massachusetts, LLC |
| 20. Under Armour Retail of Michigan, LLC |
| 21. Under Armour Retail of Minnesota, LLC |
| 22. Under Armour Retail of Mississippi, LLC |
| 23. Under Armour Retail of Missouri LLC |
| 24. Under Armour Retail of Nebraska, LLC |
| 25. Under Armour Retail of Nevada, LLC |
| 26. Under Armour Retail of New Hampshire, LLC |
| 27. Under Armour Retail of New Jersey, LLC |

# Under Armour, Inc.
## Domestic & International Subsidiaries

| |
|---|
| 28. Under Armour Retail of New Mexico, LLC |
| 29. Under Armour Retail of New York, LLC |
| 30. Under Armour Retail of North Carolina, LLC |
| 31. Under Armour Retail of Ohio, LLC |
| 32. Under Armour Retail of Oklahoma, LLC |
| 33. Under Armour Retail of Oregon, LLC |
| 34. Under Armour Retail of Pennsylvania, LLC |
| 35. Under Armour Retail of South Carolina, LLC |
| 36. Under Armour Retail of Tennessee, LLC |
| 37. Under Armour Retail of Texas, LLC |
| 38. Under Armour Retail of Utah, LLC |
| 39. Under Armour Retail of Vermont, LLC |
| 40. Under Armour Retail of Virginia, LLC |
| 41. Under Armour Retail of Washington, LLC |
| 42. Under Amour Retail of Wisconsin, LLC |
| UA Connected Fitness, LLC |
| UA Locust Point Holdings, LLC |
| UA Cheer Parking Lot, LLC |
| UA Hull Street, LLC |
| UA Hull Street II, LLC |
| UA Port Covington Holdings, LLC |
| Under Armour Global Branch, LLC |
| PTH Insurance Company |
| Endomondo US LLC |

## International Subsidiaries

| Entity |
|---|
| Under Armour Canada ULC |
| Under Armour Brasil Licenciadora de Marcas e Gestora de Ativos Ltda. |
| UA Chile SpA |
| Italy Sports Products, S.A. de C.V. |
| Under Armour Mexico, S. de R.L. de C.V. |
| Under Armour Mexico, Services S. de R.L. de C.V. |
| UA Panama S. de R.L. |
| UA Austria GmbH |
| Endomondo ApS |

# Under Armour, Inc.
## Domestic & International Subsidiaries

| |
|---|
| Under Armour Europe B.V. |
| Under Armour Netherlands Retail B.V. |
| Under Armour France S.a.r.l. |
| UA Germany Retail GmbH |
| Under Armour Ireland Limited |
| UA Italy S.r.l. |
| Under Armour Portugal, Unipessoal Lda. |
| Under Armour Russia OOO |
| Under Armour Spain, S.L.U. |
| Under Armour Europe B.V., Amsterdam, Zweigniederlassung Zürich |
| Under Armour UK Limited |
| UA UK Retail Limited |
| Under Armour Asia Limited |
| UA China Capital Limited (liquidation in process) |
| UA China Investments Limited (liquidation in process) |
| UA China Holdings Limited (deregistration in process) |
| UA China Sourcing Limited |
| UA Global Sourcing Limited |
| Under Armour Manufacturing Services Limited |
| Under Armour International Holdings Limited |
| UA Sourcing Limited |
| UA China Sourcing Limited, Guangzhou Representative Office |
| Guangzhou Under Armour Sports Product Design Limited |
| Under Armour Global Limited |
| UA Global Sourcing Limited/Jordan |
| PT UA Indonesia Sourcing |
| Under Armour India Trading Private Limited |
| Under Armour Japan G.K. |
| Under Armour Korea Ltd. |
| UA Taiwan Limited |
| Under Armour Trading (Shanghai) Co., Ltd. |
| Under Armour Vietnam Company Limited |
| Dome Corporation |
| Triple Pte. Limited |
| UA Sports (S.E.A.) Pte. Ltd. |
| UA Sports (Thailand) Company Limited |
| UA Sports Malaysia Sdn. Bhd. |
| UGOP Pte. Limited |
| UA Australia Pty Ltd |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to the attorneys of record in this case.

                                                                                                                                 */s/ Michael T. Sharkey*