FILED: February 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1068
(1:22-cv-02481-RDB)

_____

NAVIGATORS INSURANCE COMPANY; SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION; FREEDOM SPECIALTY INSURANCE COMPANY; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE INSURANCE CORPORATION; CONTINENTAL CASUALTY COMPANY; XL SPECIALTY INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; ARGONAUT INSURANCE COMPANY

        Plaintiffs - Appellants

and

ENDURANCE AMERICAN INSURANCE COMPANY

        Plaintiff

v.

UNDER ARMOUR, INC.

        Defendant - Appellee

_____

TEMPORARY STAY OF MANDATE

_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In

accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*